UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEMPLE SUTTON, AS EXECUTRIX OF THE ESTATE OF MARTHA E. FLEMING | CIVIL ACTION |
| VERSUS | NO: 06-7608 |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST AND HARTFORD INSURANCE COMPANY | SECTION: "J"(1) |

**ORDER AND REASONS**

Before the Court is **Plaintiff's Motion to Remand (Rec. Doc. 7)**. Both Defendants opposed this motion, which was set for hearing on December 20, 2006, without oral argument. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Tosh v. State Farm Fire and Casualty Company</u>, 2006 WL 3772222 (E.D. La. Dec. 20, 2006) in its discussion of diversity of citizenship and the direct action statute, complete diversity of citizenship exists in this action. Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Remand (Rec. Doc. 7)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 28th day of December, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE